■ AEROLYN FABRICS, INC. v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY v.

LUCKENBACH STEAMSHIP COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached.  Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.